SUBT
XAVIER GONZALES, ESQ.
Nevada Bar No.: 1862
528 S. Casino Center Blvd, Ste. 205
Las Vegas, Nevada 89101
(702) 388-8181
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
          Plaintiff, )
          vs. )   CASE NO: 2:11-cr-253-PMP-GWF
DAVID PEREZ-ALVAREZ, )
          Defendant. )

## NOTICE OF SUBSTITUTION OF ATTORNEY

DAVID PEREZ-ALVAREZ hereby substitutes XAVIER GONZALES, ESQ. 528 S. Casino Center Blvd., 2nd Fl. Las Vegas, Nevada 89101, (702) 388-8182, as attorney of record in place and instead of PAUL RIDDLE ESQ., Federal Public Defender, 411 E. Bonneville Ave, #250, Las Vegas, Nevada 89101, (702) 388-6577.

DATED this _____ day of March, 2012.

_____
DAVID PEREZ-ALVAREZ
Defendant

///

///

1

I, PAUL RIDDLE, ESQ. Consent to the above substitution.

DATED this 26th day of March, 2012.

*[signature]*

PAUL RIDDLE, ESQ.
411 E. Bonneville, #250
Las Vegas, Nevada 89101
(702) 388-6577

I am duly admitted to practice in this District.
Above substitution accepted.

DATED this 25th day of March 2012.

*[signature]*

XAVIER GONZALES, ESQ.
Nevada Bar No.: 1862
528 S. Casino Center Blvd., Ste. 205
Las Vegas, Nevada 89101
(702) 388-8182

APPROVED:

DATED: March 30, 2012

*[signature]*

GEORGE FOLEY, JR
**United States Magistrate Judge**

2